**No. 11-7064. Michael Darren Darby, Petitioner v. Richard J. Geiger, et al.**

565 U.S. 1122, 132 S. Ct. 1023, 181 L. Ed. 2d 755, 2012 U.S. LEXIS 206.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 441 Fed. Appx. 840.

**No. 11-7066. Edward Cunningham, Petitioner v. Kenneth S. Tucker, Secretary, Florida Department of Corrections, et al.**

565 U.S. 1122, 132 S. Ct. 1024, 181 L. Ed. 2d 755, 2012 U.S. LEXIS 339,

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 11-7067. Harry Edmond Reaves, Petitioner v. Executive New York State Office of Family and Children Services, et al.**

565 U.S. 1122, 132 S. Ct. 1024, 181 L. Ed. 2d 755, 2012 U.S. LEXIS 68.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

**No. 11-7070. Darrell Williams, Petitioner v. Anthony Padula, Warden.**

565 U.S. 1122, 132 S. Ct. 1024, 181 L. Ed. 2d 755, 2012 U.S. LEXIS 329.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 439 Fed. Appx. 269.

**No. 11-7071. Allen E. Vaughn, Petitioner v. Bobbie James, et al.**

565 U.S. 1122, 132 S. Ct. 1024, 181 L. Ed. 2d 755, 2012 U.S. LEXIS 29.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

**No. 11-7072. Donald William Pugh, Petitioner v. Texas.**

565 U.S. 1122, 132 S. Ct. 1024, 181 L. Ed. 2d 755, 2012 U.S. LEXIS 131.

January 9, 2012. Petition for writ of certiorari to the Court of Appeals of Texas, Fourteenth District, denied.

**No. 11-7074. Scott John Travaline, Petitioner v. Supreme Court of the United States, et al.**

565 U.S. 1123, 132 S. Ct. 1024, 181 L. Ed. 2d 755, 2012 U.S. LEXIS 240,

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 424 Fed. Appx. 78.

**No. 11-7075. Percy Allen Williams, Petitioner v. Graham C. Mullen, et al.**

565 U.S. 1123, 132 S. Ct. 1025, 181 L. Ed. 2d 755, 2012 U.S. LEXIS 132.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 434 Fed. Appx. 172.